# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DANA H. WATTS                     CIVIL ACTION

VERSUS

COMMISSIONER OF SOCIAL        NO.: 13-00093-BAJ-SCR
SECURITY

## RULING AND ORDER

On March 7, 2014, United States Magistrate Judge Stephen C. Riedlinger issued a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the final decision of the Acting Commissioner of Social Security (the "Commissioner") be reversed, and that the above-captioned matter be remanded to the Commissioner for reevaluation of Plaintiff Dana H. Watts' claim for benefits. (Doc. 14.)

The Magistrate Judge's Report specifically notified that Commissioner that, pursuant to 28 U.S.C. § 636(b)(1), she had fourteen (14) days from the date she received the Report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. (Doc. 14, p. 1.) A review of the record indicates that the Commissioner failed to submit written objections.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 14)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Commissioner's decision is **REVERSED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the Commissioner for reevaluation of Plaintiff Dana H. Watts' claim for benefits.

Baton Rouge, Louisiana, this 25th day of March, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**