UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


DANA H. WATTS

VERSUS

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 13-93-BAJ-SCR

### NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Baton Rouge, Louisiana, July 4, 2014.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


DANA H. WATTS

VERSUS

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY

CIVIL ACTION

NUMBER 13-93-BAJ-SCR

## **MAGISTRATE JUDGE'S REPORT**

Before the court is the plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act.  Record document number 16. Defendant filed a response.[1]

In her Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, motion, the plaintiff sought $5,640.00 in attorney's fees. Plaintiff supported the motion with a memorandum and an itemized statement of the time spent on the case by her attorney.

In her response to the plaintiff's motion the Commissioner stated that she has no objection to the court approving the total amount of fees sought by the plaintiff, but did note that the fees must be paid directly to the plaintiff rather than to the plaintiff's attorney.

A review of the fee motion and the itemized statement shows that the amount of fees requested by the plaintiff are reasonable.[2]

---

[1] Record document number 17.

[2] The amount of attorney's fees requested represents a total of 37.6 hours expended for work before the court at an hourly rate
(continued...)

**RECOMMENDATION**

It is the recommendation of the magistrate judge that the plaintiff's Motion for Attorney Fees Under the Equal Access to Justice Act be granted and the plaintiff be awarded attorney's fees in the amount of $5,640.00.[3]

Baton Rouge, Louisiana, July 4, 2014.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[2](...continued)
of $150 per hour. The hourly rate of $150 exceeds by $25 the $125 cap on hourly rates set forth in 28 U.S.C. § 2412(d)(2)(A). The court interprets the motion as including a request to increase the statutory hourly rate based on an increase in the cost of living since the EAJA was amended in 1996 and the limited availability of attorneys to represent claimants who appeal to the district court. The court approves the requested $150 hourly rate because it is a reasonable rate and the Commissioner does not oppose it. *See*, *Watkins v. Commissioner of Social Security Admin.,* 2014 WL 129065 (M.D.La. Jan. 9, 2014)($150 rate awarded because it was proposed by Commissioner, and is a reasonable rate based on rates generally used in Louisiana Middle and Western District cases since 2008). In granting this fee award the court does not make a specific finding that the higher hourly rate is justified under 28 U.S.C. § 2412(d)(2)(A).

[3] *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 2524 (2010).

2