# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

DANA H. WATTS            CIVIL ACTION

VERSUS

COMMISSIONER OF SOCIAL        NO.: 13-00093-BAJ-SCR
SECURITY

## RULING AND ORDER

On July 4, 2014, United States Magistrate Judge Stephen C. Riedlinger issued a Report, pursuant to 28 U.S.C. § 636(b)(1)(B), recommending that the Court grant Plaintiff Dana H. Watts's Motion for Attorney Fees Under the Equal Access to Justice Act. (Docs. 16, 18.)

The Magistrate Judge's Report specifically notified that Commissioner that, pursuant to 28 U.S.C. § 636(b)(1), she had fourteen (14) days from the date she received the Report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. (Doc. 18, p. 1.) A review of the record indicates that the Commissioner failed to submit written objections; nor does the Commissioner oppose Plaintiff's Motion for Attorney's Fees. (Doc. 17.)

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact and conclusions of law.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 18)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff Dana H. Watts's Motion for Attorney Fees Under the Equal Access to Justice Act (Docs. 16) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff Dana H. Watts is hereby awarded attorney's fees in the amount of $5,640.00.

Baton Rouge, Louisiana, this 21st day of November, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**